## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

DARON NESBIT,

Petitioner

: No. 616 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.